IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

26th Judical District Court, Williamson County, Texas; Cause No.: 23-1634-C26
Trulunda Howard v Pflugerville ISD

2. Was jury demand made in State Court?  ☒ Yes    No

If yes, by which party and on what date?

| Trulunda Howard | August 25, 2023 |
|---|---|
| Party Name | Date |

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff: Trulunda Howard; Attorney: Maaz Asif; Address: 1011 San Jacinto Blvd., Ste 401, Austin, TX 78701; Telephone: (512)271-5527; Facsimile: (512)201-1263; Email: MAsif@robwiley.com
Defendant: Pflugerville ISD; Firm: Walsh Gallegos Trevino Kyle & Robinson P.C.; Attorney: Bridget Robinson; Address; 505 E. Huntland Dr., Suite 600, Austin, TX 78752; Telephone: (512)454-6864

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None

3.     List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

 None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.     List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

 None

**VERIFICATION**:

| | |
|---|---|
| */s/ Bridget Robinson* | 9/28/23 |
| Attorney for Removing Party | Date |

Defendant Pflugerville ISD

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

None