# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| TRULUNDA HOWARD,<br>    *Plaintiff* | § § § | |
| v. | § § | Case No. 1:23-CV-01174-DII |
| PFLUGERVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br>    *Defendant* | § § § | |

## **ORDER**

Defendant removed this case to this Court on September 28, 2023. (Dkt. 1). Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order utilizing District Judge Robert Pitman's form on or before **December 20, 2023**.

**SIGNED** on December 6, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE